IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:97-cr-00011-MP

RODERICK LEANDER DAWSON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 438, Defendant's Motion for Reconsideration of this court's previous orders denying defendant's motions for relief pursuant to 28 U.S.C. § 2255. While defendant states that this request is not to be construed as a petition under § 2255, defendant is ultimately seeking to vacate his sentence. Therefore, defendant's motion is actually a request for a second or successive 28 U.S.C. § 2255 motion. See Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003) (citing Mobley v. Head, 306 F.3d 1096 (11th Cir.2002)). Pursuant to 28 U.S.C. § 2255, "a second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals ." Defendant has failed to obtain authorization from the court of appeals prior to filing this motion. Therefore, this Court is without jurisdiction to consider the Petitioner's motion. See Farris, 333 F.3d at 1216. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

That the defendant's motion for reconsideration, construed as a second or successive motion pursuant to 28 U.S.C. § 2255, is DISMISSED.

    **DONE AND ORDERED** this   _19th_ day of January, 2006

    *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge