IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 1:97-cr-000011-MP-AK

RODERICK LEANDER DAWSON,

    Defendant.
_____/

## O R D E R

    This matter is before the Court on Doc. 490, Motion for Reconsideration, filed by Defendant Roderick Dawson, which seeks reconsideration of the order denying Defendant's motion to reduce his sentence. Defendant argues that under the amended Guidelines, his offense level should be decreased on account of the weight of drugs attributable to him. Contrary to Defendant's claim, he was found responsible for 666.5 grams of cocaine base, which does not change his offense level. Because no change in Defendant's Total Offense Level resulted from the amendments to the Sentencing Guidelines, the Court finds that no reduction is warranted. Therefore, Defendant's motion for reconsideration is denied.

    **DONE AND ORDERED** this  *16th* day of June, 2008

                                      *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge